# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SUSAN HALE; THE ESTATE of STEPHEN McCORMACK, §§§§ | |
| *Plaintiff,* § | |
| § | Civil Action No. 4:19-CV-00337 |
| v. § | Judge Mazzant |
| § | |
| DENTON COUNTY, §§§ | |
| *Defendant.* | |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried after the jury having duly rendered its verdict.

It is **ORDERED** and **ADJUDGED** that Plaintiff Estate of Stephen McCormack through Susan Hale takes nothing and that Plaintiff's case against Defendant is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 15th day of November, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE